UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOHNNIE V. QUILLEN,

                    Plaintiff,                    Case no. 07-12922
                                                  Honorable John Corbett O'Meara
v.


COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant,

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

     The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C.

636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Scheer's report and

recommendation, filed January 23, 2008, as well as any objections filed by the parties, and upon

review;

     **IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED**.




                                        s/John Corbett O'Meara
                                        United States District Judge



Date: February 26, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on February 26, 2008, by electronic and/or ordinary mail.


s/William Barkholz
Case Manager